FILED

OCT 2 8 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTONIO COLBERT,                )
                                )
        Plaintiff,              )
                                )
    v.                          )    Civil Action No.
                                )
DEPARTMENT OF HUMAN RESOURCES,  )    **10 1842**
                                )
        Defendant.              )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Plaintiff alleges that department staff have committed misconduct and have harassed and discriminated against plaintiff. *See* Compl. at 2. In addition, he claims that staff "are responsible for shortchanging hundreds of other individuals, such as [plaintiff] of benefits they are entitled to." *Id.* He demands an award of $50,000. *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). As drafted, the complaint does not appear to raise a federal claim, and it does not allege facts to show that diversity jurisdiction exists. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: